1   Miles N. Clark
    Esq. Nevada Bar No. 13848
2   **LAW OFFICES OF MILES N. CLARK, LLC**
    5510 S. Fort Apache Rd, Suite 30
3   Las Vegas, NV 89148
    Phone: (702) 856-7430
4   Fax: (702) 552-2370
    Email: miles@milesclarklaw.com
5
    *Local Counsel for Plaintiffs and the Proposed Class*
6   [Additional Counsel on Signature Page]

7   Todd L. Bice
    **PISANELLI BICE PLLC**
8   400 S. 7th Street Suite 300
    Las Vegas, NV 89101
9   Telephone: 702.214.2100
    tlb@pisanellibice.com
10
    Angela C. Agrusa*
11  **DLA PIPER LLP (US)**
    2000 Avenue of the Stars
12  Suite 400 North Tower
    Los Angeles, CA 90067-4735
13  Telephone: 310.595.3000
    angela.agrusa@us.dlapiper.com
14
    **Pro hac vice application forthcoming*
15
    *Attorneys for Defendant*
16  *MGM Resorts International*

17

18                  **UNITED STATES DISTRICT COURT**
                       **DISTRICT OF NEVADA**
19

20
    KYLE SLOAN, individually and on behalf of          Case No. 2:23-cv-02042-ART-BW
21  all others similarly situated,
                                   Plaintiff,          **STIPULATION TO EXTEND TIME**
22                                                     **TO FILE DEFENDANT'S**
              v.                                       **RESPONSE TO COMPLAINT**
23                                                     **(FIRST REQUEST)**
    VICI PROPERTIES INC. and MGM
24  RESORTS INTERNATIONAL,

25                                 Defendants.

26

27

28

1    Pursuant to LR IA 6-1, Plaintiff Kyle Sloan, and Defendant MGM Resorts
2  International ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to
3  respond to the Complaint be extended from the current deadline of March 4, 2024 to and
4  including March 11, 2024. This is the first stipulation for an extension of time to file MGM's
5  responsive pleading.

6    Good cause exists to enlarge the time for MGM to respond to the Complaint. There
7  are currently thirteen other related actions filed against MGM pending in this District (the
8  "Related Actions"). *See Owens v. MGM Resorts Int'l*, No. 2:23-cv-01480; *Kirwan v. MGM
9  Resorts Int'l*, No. 2:23-cv-01481; *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-
10 01537; *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549; *Pircio v. MGM Resorts Int'l*, No.
11 2:23-cv-01550; *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577; *Rundell v. MGM Resorts
12 Int'l*, No. 2:23-cv-01698; *Bezak v. MGM Resorts Int'l*, No. 2:23-cv-01719; *Albrigo v. MGM
13 Resorts Int'l*, No. 2:23-cv-1981; *Zari v. MGM Resorts Int'l*, No. 2:23-cv-01777; *Manson v.
14 MGM Resorts Int'l*, No. 2:23-cv-01826; *Mejia v. MGM Resorts Int'l, et al.*, No. 2:24-cv-
15 00081; *Righetti v. MGM Resorts Int'l,* No. 2:23-cv-2064.

16   On December 6 and December 20, 2023, plaintiffs' counsel in six consolidated
17 putative class actions brought against MGM by individuals who allege their PII was
18 compromised as a result of a cybersecurity incident involving MGM in 2019 (the "2019
19 Actions") filed Notices of Related Cases Pursuant to District of Nevada Local Rule 42.1,
20 notifying the Court that the Related Actions are related to the 2019 Actions. *In re: MGM
21 Resorts Int'l Data Breach Litig.*, No. 2:20-CV-00376-GMN-NJK, ECF 186, 188.  Plaintiffs
22 in those actions have opposed this effort because the 2019 Actions involved a different threat
23 actor and different data. No order has issued on the notices filed by the plaintiffs in the 2019
24 Actions, and MGM has not responded to any other Complaint in the Related Actions.

25   While the foregoing matters are pending resolution, and to best ensure efficient
26 management of this and the other Related Actions, there is good cause to permit additional
27 time for the various parties to the Related Actions to meet and confer prior to the response
28 to the Complaint in this action being due.

1    The Parties' request is made in good faith to enable the parties to finalize these-meet

2  and-confers, and to conserve judicial and party resources. Moreover, this case is in its

3  infancy, and this request will not prejudice any party.

4         **WHEREAS** the Parties respectfully request that MGM shall have until March 11,

5  2024, to answer, move, or otherwise respond to the Complaint.

6

7   Dated:  February 28, 2024              Respectfully submitted,

8
                                          */s/ Jeffrey S. Goldenberg*
9                                         Miles N. Clark
                                          5510 S. Fort Apache Rd., Suite 30
10                                        Las Vegas, NV 89148-7700
                                          T: (702) 856-7430
11                                        F: (702) 552-2370
                                          miles@milesclarklaw.com
12
                                          Charles E. Schaffer
13                                        Nicholas J. Elia *
                                          **LEVIN SEDRAN & BERMAN LLP**
14                                        510 Walnut Street, Suite 500
                                          Philadelphia, PA 19106
15                                        Phone: (215) 592-1500
                                          cschaffer@lfsblaw.com
16                                        nelia@lfsblaw.com

17                                        Jeffrey S. Goldenberg
                                          **GOLDENBERG SCHNEIDER, LPA**
18                                        4445 Lake Forest Drive, Suite 490
                                          Cincinnati, Ohio 45242
19                                        Phone: (513) 345-8291
                                          Facsimile: (513) 345-8294
20                                        jgoldenberg@gs-legal.com

21                                        Patrick J. Brickman
                                          **DWORKEN & BERNSTEIN, CO.,**
22                                        **L.P.A.**
                                          60 South Park Place
23                                        Painesville, Ohio 44077
                                          Phone: (440) 352-3391 (office)
24                                        Facsimile: (440) 352-3469 (fax)
                                          pbrickman@dworkenlaw.com
25                                        Counsel for Plaintiff and Proposed Class

26                                        * Pro hac vice forthcoming
                                          *Attorney for Plaintiffs and the Proposed*
27                                        *Class*

28

1

2
                              /s/ Todd L. Bice
                              _____
3
                              Todd L. Bice
                              **PISANELLI BICE, PLLC**
                              400 S. 7th Street Suite 300
4                             Las Vegas, NV 89101
                              Telephone: 702.214.2100
5                             tlb@pisanellibice.com

6                             Angela C. Agrusa
                              **DLA PIPER LLP (US)**
7                             2000 Avenue of the Stars
                              Suite 400 North Tower
8                             Los Angeles, CA 90067-4735
                              Telephone: 310.595.3000
9                             Angela.agrusa@us.dlapiper.com

10                            *Attorneys for Defendant*
                              *MGM Resorts International*
11

12

13                     IT IS SO ORDERED:

14                     _____
                       THE HONORABLE BRENDA WEKSLER
15                     UNITED STATES MAGISTRATE UDGE

16     DATED: 2/28/2024

17

18

19

20

21

22

23

24

25

26

27

28